## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              )  ss:
COUNTY OF SUFFOLK   )

**ALDO HERNANDEZ**, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to this action.

2. That on the 21st day of December 2018, I served a copy of Judge Sandra J. Feuerstein's December 21, 2018 Order scheduling a conference, upon:

> HARRY THOMASSON, ESQ.
> 3280 Sunrise Highway, Suite 112
> Wantagh, New York 11793
> htatty@verizon.net

3. *via* Certified Mail, First Class Mail, and Electronic Mail at the address listed above by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Postal Service.

_____
ALDO HERNANDEZ

Sworn to before me
this 21st day of December 2018

_____
NOTARY PUBLIC

CHRISTOPHER KEITH COLLOTTA
Notary Public – State of New York
NO. 02CO6359118
Qualified in Suffolk County
My Commission Expires May 30, 2021