**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**KYLE MODERNO, individually and on behalf of those individuals similarly situated,**

                    **Plaintiff,**

— against —

**ALINES' AMERICAN, INC. d/b/a ALINES AUTO GROUP and ANDY ALINE,**

                      **Defendants.**

Case No.: 18-CV-03566 (SJF) (AKT)

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Settlement Agreement") is made and entered into by and between KYLE MODERNO ("Plaintiff") and ALINES' AMERICAN, INC. d/b/a ALINES AUTO GROUP and ANDY ALINE ("Defendants") ("Plaintiff" and "Defendants" are jointly referred to in this Settlement Agreement as the "Settling Parties"), as of November 16, 2018.

## RECITALS

A. WHEREAS, on or about June 19, 2018, Plaintiff filed an action (the "Action") against Defendants alleging, *inter alia*, that Defendants failed to compensate Plaintiff for overtime hours worked during his employment. The above-referenced Action is currently pending in the United States District Court, Eastern District of New York, Case No.: 18-CV-03566 (SJF)(AKT);

B. WHEREAS, Defendants' have not interposed an Answer to or otherwise moved to dismiss the allegations filed by Plaintiff on June 19, 2018 and no court has considered or determined the merits of Plaintiff's claims;

C. WHEREAS, Defendants admit no wrongdoing, nor liability with respect to Plaintiff's allegations;

D. NOW, THEREFORE, in consideration of the covenants, warranties, and promises set forth below, receipt of which is hereby acknowledged, the Settling Parties agree as follows:

## AGREEMENTS

1. <u>Consideration</u>. The Settling Parties are entering into this Settlement Agreement in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Plaintiff agrees that he will not seek any further consideration from or assert any additional or further claims against Defendants, including any monetary payment, beyond that which is set forth in Paragraph 2 of this Settlement Agreement, for the claims alleged in the above-referenced litigation.

2. <u>Settlement Compensation</u>. Defendants agree to Pay Plaintiff FOUR THOUSAND FIVE HUNDRED DOLLARS and zero cents ($4,500.00) (the "Settlement Payment"), inclusive of attorneys' fees, in full settlement of Plaintiff's claims against Defendants pursuant to the following breakdown: FIVE HUNDRED DOLLARS and zero cents ($500.00) to be paid to Plaintiff's attorneys, Zabell & Collotta, P.C.; and FOUR THOUSAND DOLLARS and zero cents ($4,000.00) to Plaintiff. All checks shall be delivered to Zabell & Collotta, P.C., 1 Corporate Drive, Suite 103, Bohemia, New York 11716. Defendants shall issue an IRS 1099 Form to Plaintiff for the payments to Plaintiff and an IRS 1099 Form to Zabell & Collotta, P.C., in conjunction with the payment of attorneys' fees. The checks shall be due within two (2) weeks of judicial approval of the terms of this Settlement Agreement.

3. <u>Tax Documentation</u>. Plaintiff's counsel shall provide a copy of all necessary information needed for tax purposes.

4. <u>Release</u>. For, and in consideration of, the payments provided for in Paragraph 2 above, subject to the terms and provisions of this Settlement Agreement, and subject to the payment to Plaintiff and Plaintiff's counsel of all amounts set forth in Paragraph 2 above, Plaintiff fully, finally, irrevocably, and forever releases and discharges Defendants from all Federal and New York State wage and hour claims, which Plaintiff has asserted in this action. This includes, a release of any and all wage claims or rights Plaintiff has under federal, state, or local law or regulation or common law. The release is limited to claims found in this action only. Further, there exists no confidentiality clause or other restriction on either party.

5. <u>Voluntary Dismissal with Prejudice</u>. Within five (5) business days of the mutual execution of this Settlement Agreement, Plaintiff will file a Stipulation of Dismissal with Prejudice in the Action, attached hereto as **Exhibit "A"**.

6. <u>Jurisdiction</u>. The Settling Parties consent that the Federal District Court where the Action was originally filed will retain jurisdiction over any question or dispute arising out of or pursuant to this Settlement Agreement.

7. <u>Headings</u>. The Settling Parties understand and agree that the headings in this Settlement Agreement are for their convenience only and have no legal significance.

8. <u>Attorneys' Fees</u>. The Settling Parties agree that, in any court action permitted by this Settlement Agreement, including enforcement proceedings and entry of the Confession, the prevailing party shall be entitled to an award of reasonable attorneys' fees and costs.

9. <u>Entire Agreement</u>. This Settlement Agreement contains all the understandings and representation between the Settling Parties relating to the subject matter herein, and supersedes all prior and contemporaneous understandings, discussions, agreements, representations, and warranties, both written and oral, with respect to such subject matter. The Settling Parties mutually agree that this Settlement Agreement can be specifically enforced in court and can be cited as evidence in legal proceedings alleging a breach of this Settlement Agreement.

10. <u>Counterparts</u>. The Settling Parties may execute this Settlement Agreement in counterparts, and facsimiles shall be deemed an original, and all of which taken together, shall constitute one and the same instrument.

THE SETTLING PARTIES ACKNOWLEDGE AND AGREE THAT THEY HAVE FULLY READ, UNDERSTAND, AND VOLUNTARILY ENTER INTO THIS SETTLEMENT AGREEMENT. THE SETTLING PARTIES ACKNOWLEDGE AND AGREE THAT THEY HAVE CONSLTED WITH, AND ARE ACTING ON ADVICE OF AN ATTORNEY, BY SIGNING THIS SETTLEMENT AGREEMENT.

IN WITNESS THEREOF, the Settling Parties hereto evidence their agreement by their signature below.

_/s/ Kyle Moderno_
KYLE MODERNO
Date: 1/31/19

_/s/ Andy Aline_
ANDY ALINE, in his individual capacity
Date: 1/30/19

ALINES AMERICAN, INC.
By: _/s/ Andy Aline_
ANDY ALINE, Owner
Date: 1/30/19

3