UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KYLE MODERNO, individually and on behalf of
those individuals similarly situated,

                          Plaintiff,

         — against —

ALINES' AMERICAN, INC. d/b/a ALINES
AUTO GROUP and ANDY ALINE,

                         Defendants.

Case No.: 18-CV-03566 (SJF) (AKT)

STIPULATION
OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, KYLE
MODERNO, and Defendants, ALINES' AMERICAN, INC. d/b/a ALINES AUTO
GROUP and ANDY ALINE, through their respective undersigned counsel, that the
above-captioned action be dismissed in its entirety, with prejudice, and with no award
of attorneys' fees, costs or disbursements by the Court to any party.

ZABELL & COLLOTTA, P.C.
*Attorneys for Plaintiff*
1 Corporate Drive, Suite 103
Bohemia, NY 11716
(631) 589-7242

By: _____
    Christopher K. Collotta, Esq.

Dated: ___2/26/19___

THE LAW OFFICE OF HARRY
THOMASSON
*Attorney for Defendants*
3280 Sunrise Hwy. Suite 112
Wantagh, NY 11793
(516) 557-5459

By: _____
    Harry Thomasson, Esq.

Dated: ___2/26/19___

          SO ORDERED:
On this ____ day of _____,2019

_____
Hon. Sandra J. Feuerstein, U.S.D.J.