UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2019 ★

LONG ISLAND OFFICE

KYLE MODERNO, individually and on behalf of those individuals similarly situated,

Plaintiff,

— against —

ALINES' AMERICAN, INC. d/b/a ALINES AUTO GROUP and ANDY ALINE,

Defendants.

Case No.: 18-CV-03566 (SJF) (AKT)

STIPULATION
OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, KYLE MODERNO, and Defendants, ALINES' AMERICAN, INC. d/b/a ALINES AUTO GROUP and ANDY ALINE, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

ZABELL & COLLOTTA, P.C.
*Attorneys for Plaintiff*
1 Corporate Drive, Suite 103
Bohemia, NY 11716
(631) 589-7242

By: _____
Christopher K. Collotta, Esq.

Dated: 2/26/19

THE LAW OFFICE OF HARRY THOMASSON
*Attorney for Defendants*
3280 Sunrise Hwy. Suite 112
Wantagh, NY 11793
(516) 557-5459

By: _____
Harry Thomasson, Esq.

Dated: 2/26/19

SO ORDERED:
On this 28 day of February, 2019

s/ Sandra J. Feuerstein
Hon. Sandra J. Feuerstein, U.S.D.J.